UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                                                Case Number 21-12885-RAM
                                                                      Chapter 7
**HENRY GONZALEZ,**

    Debtor.
_____/

## MOTION TO RE-OPEN CASE TO AMEND SCHEDULES
## TO ADD OMITTED PRE-PETITION CREDITORS

Debtor, HENRY GONZALEZ, through undersigned counsel, moves this Court to reopen this Chapter 7 Bankruptcy to amend the Schedules to add omitted creditors, and states:

1. On March 29, 2021, Debtor, HENRY GONZALEZ, filed this Chapter 7 Bankruptcy action.

2. On July 2, 2021, this Bankruptcy case was discharge.

3. Debtor needs to reopen the Bankruptcy proceeding to amend the Schedules to add omitted pre-petition creditors.

4. No party will be prejudiced by the re-opening of this bankruptcy action to amend the Schedules to add omitted pre-Petition creditors.

WHEREFORE, Debtor, HENRY GONZALEZ, moves this Court for an Order to re-open this bankruptcy action to amend Schedules to add omitted pre-Petition creditors (proposed Order attached as **Exhibit "A"**).

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**
**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A)

MARIA I. ESCOTO-CASTIELLO, P.A.
Counsel for Debtor
2000 South Dixie Highway, Suite 104-A
Miami, Florida 33133
Telephone: (305) 860-0991
Facsimile: (305) 860-0953
Email: maria@mec-lawfirm.com
/s/ *Maria I. Escoto-Castiello*

Maria I. Escoto-Castiello, Esq.
Florida Bar No.: 959839

# EXHIBIT A

# Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

HENRY GONZALEZ

Case No. 21−12885−RAM
Chapter 7

_____Debtor_____/

**ORDER REOPENING CASE TO AMEND SCHEDULES**
**TO ADD OMITTED CREDITOR(S)**

THIS MATTER came before the Court:

☐ upon the debtor's Motion to Reopen Case to Amend Schedules to Add Omitted Creditors (the "Motion") pursuant to 11 U.S.C. §350, Bankruptcy Rule 5010, and Local Rule 5010-1(B), filed pursuant to Local Rule 9013-1(D)(3)(i). Accordingly, it is

☐ for hearing on _____ upon the debtor's Motion to Reopen Case to Amend Schedules to Add Omitted Creditors (the "Motion") pursuant to 11 U.S.C. §350, Bankruptcy Rule 5010, and Local Rule 5010-1(B). For the reasons stated on the record, it is

**ORDERED** as follows:

1. This case is reopened. No trustee shall be appointed.

LF-37 (rev. 01/17/18)

Page 1 of 2

2. Within 14 days from the entry of this order, the debtor shall amend the schedules (and pay applicable amendment fee) to add the name(s) and address(es) of the creditor(s) and related information previously omitted from the original schedules. A supplemental matrix of creditors as required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" and Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" must accompany the amended schedules.

3. The debtor (or the debtor's attorney) is directed to furnish to all affected creditors a complete copy of (a) this order; (b) the clerk's original notice of meeting of creditors as required under Local Rule 1009-1(D); and (c) the order discharging the debtor. The debtor shall file a certificate of service as required under Local Rule 2002-1(F).

4. Each affected creditor shall have sixty (60) days from the date of service of this order to file an adversary proceeding to determine whether the debt subject to amendment is dischargeable under 11 U.S.C. §523(a)(3)(B) because it is of a kind specified in paragraph (2), (4), or (6) of 11 U.S.C. §523(a). If a creditor fails to timely file such a complaint, then such creditor has waived the right to argue that the debt subject to such amendment is excepted from discharge under §523(a)(3)(b).

**###**

**Submitted by:**
Maria I. Escoto-Castiello, Esq.
2000 South Dixie Highway, Suite 104-A
Miami, Florida 33133
Attorney Escoto-Castiello is directed to serve copies of this order on all interested parties.